**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUSTIN L.M.,

                Plaintiff,                              23 **CIVIL** 900 (GRJ)

       -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated November 21, 2023, Plaintiff is GRANTED judgment on the pleadings and this matter is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:**  New York, New York
           November 21, 2023

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                            **BY:**                K. Mango

                                                                      **Deputy Clerk**